**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)**

**Case Name**

Hearing Location (*city*)

Your Name

List the sitting dates for the two sitting months you were asked to review:

Do you have an irreconcilable conflict on any of the above dates? ◯ Yes ◯ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?
◯ Yes ◯ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature**                                          **Date**

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 32**                                                         *Rev 4/06/2026*